IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GARY WADE WILLIAMS,            )
                               )
    Petitioner,                )
                               )
                               )    CIVIL ACTION NO.
    v.                         )    2:04cv450-MHT
                               )        (WO)
SANDRA CARTER,                 )
superintendent, and            )
TROY KING, Attorney            )
General of the State of        )
Alabama,                       )
                               )
    Respondents.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The petitioner Gary Wade Williams's objections (Doc. No. 16) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 15), as extended and amended by the opinion entered today, is adopted.

(3) The 28 U.S.C. § 2241 petition for writ of habeas corpus (Doc. No. 1) is denied.

It is further ORDERED that costs are taxed against petitioner Williams, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 15th day of September, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**